## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | **CASE NUMBER** |
| | 2:21-cv-07472 VAP(DFMx) |
| v. **PLAINTIFF(S)** | |
| $330,020.00 in U.S. Currency | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (RELATED CASES)** |
| **DEFENDANT(S).** | |

### CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

_September 29, 2021_                    R. Gary Klausner _[signature]_
Date                                   United States District Judge

### DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____

_____

_____

_____                       _____
Date                                   United States District Judge

### REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case _2:21-cv-02803 RGK(MARx)_ and the present case:

☑ A.    Arise from the same or closely related transactions, happenings or events; or

☑ B.    Call for determination of the same or substantially related or similar questions of law and fact; or

☑ C.    For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.    Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

### NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____McCormick_____ to Magistrate Judge _____Rocconi_____.

On all documents subsequently filed in this case, please substitute the initials _RGK(MARx)_ after the case number in place of the initials of the prior judge, so that the case number will read _2:21-cv-07472 RGK(MARx)_. This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ *Previous Judge*    ☐ *Statistics Clerk*
CV-34 (03/21)                    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01  (Related Cases)